# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 25, 2020

## NO. 03-19-00811-CV

**Alex E. Jones; Infowars, LLC; Free Speech Systems, LLC; and Owen Shroyer, Appellants**

**v.**

**Neil Heslin, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the interlocutory order signed by the trial court on October 18, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The Court grants Heslin's motion for sanctions and awards him $22,250 for attorney's fees. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.